## RICHARD PATTINSON *versus* ANTOINE LASSELLE

JOURNAL ENTRIES (1816): *Journal 2:* (1) Cognovit, warrant of attorney proved, judgment *p. 516.
PAPERS IN FILE: (1) Declaration.

## JAMES BOYD AND FERDINAND SUYDAM, MERCHANTS TRADING UNDER THE FIRM OF BOYD & SUYDAM, *versus* JAMES MAHER AND JOHN MAHER

JOURNAL ENTRIES (1817–19): *Journal 2:* (1) Rule to bring body *p. 529; (2) recognizance *p. 530; (3) declaration filed, rule to plead *p. 550; (4) declaration filed, rule to plead *p. 581; (5) rule to plead *p. 586; (6) plea filed, issue *p. 590; (7) jury ordered summoned *p. 596; (8) plea withdrawn, cognovit, judgment *p. 600; (9) plea withdrawn, cognovit, judgment *p. 613; (10) surrender, motion for discharge *p. 657; (11) discharge *p. 659.
PAPERS IN FILE: (1) Precipe for process; (2) capias and return; (3) bond for appearance of John Maher; (4) declaration; (5) plea of non assumpsit; (6) ca. sa. and return; (7) draft of proposed journal entry; (8) draft of proposed journal entry similar to entry 10, *supra;* (9) printed pamphlet of act of New York abolishing imprisonment for debt in certain cases; (10) bill of costs.
*Office Docket*, MS p. 44, c. 1.